# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00131-CV

**Steven Vail, Appellant**

**v.**

**Ray McGuire, Appellee**

---

### FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
### NO. 25-22710, THE HONORABLE BENTON ESKEW, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on July 17, 2025. On July 21, 2025, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by July 31, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Prosecution

Filed: August 8, 2025